Suitor's one supreme Court
Exercising full inherent, Article III, Section 2, Clause 2
and Section 13 of the First Judiciary Act, powers and jurisdiction
And Exercising Supreme Appellate Review
**AS THE TRIAL COURT**

FILED
2014 JAN 13  AM 8:11
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| The Said United States, ex rel Michael Joseph Kearns, the man  ] | Case No. 14-001-MJK US v. USA |
| ] | |
| ] | Supreme Appellate Review over |
| v.                                                          ] | USDC Case Number |
| ] | **SA14CA0027-DAE** |
| ] | |
| The UNITED STATES OF AMERICA, The ] State of Texas, the County of Williamson,] et al                                                        ] | Williamson County Texas, Case No. 13-03809-1 |

## DECLARATORY JUDGMENT AND APPROPRIATE WRIT OF MANDAMUS

Suitor's one supreme Court takes this matter as a Writ of Error, as a new trial of the State and Federal Cases, and necessary for the potential jurisdiction and final judgment and hereby issues the following Declaratory Judgment to finally terminate any controversy in the associated Cases.

After an extensive review of the history of the State of Texas and the United States of America District Court procedures, and of the uncontroverted facts of the Cases, specifically find relatively undisputed facts, plain error, intrinsic fraud, misrepresentation and misconduct of the opposing parties, and under the authority of the endowed unalienable rules of right, "new substantive law created", by the laws of Nature and Nature's God, and through the Federal statutes, codes, rules and regulations herein adopted and ratified providing the procedures necessary to the extent necessary to provide the complete satisfaction of the potential judgment and final remedy for the man, Michael Joseph Kearns, by this one supreme Court, accordingly, this one supreme Court makes the following Declarations, to wit:

    A.    Michael Joseph Kearns is a man, created by Nature and Nature's God, invested with inherent powers derived from Nature and Nature's God, without those powers being derived from another source, but necessary and proper for the complete administration of justice in this Case. Such power is essential for

        Suitor's one supreme Court and the Federal, State and County Courts.

J.    The United States of America and the State governments have committed intrinsic fraud on the "people of the United States", in this particular case, the man, Michael Joseph Kearns, by not only failing to recognize the facts and declarations above stated but actively taking action to subvert the clear and present intent of the man, Michael Joseph Kearns to clearly exercise all the attributes of his acknowledged political state as, "free sovereign and independent" by invading the territory/land where the man, Michael Joseph Kearns, presently lives and enjoys life to the fullest extent possible without interference from any foreign invading force, either any foreign law, or the foreign officers, agent or employees of a foreign State, to enforce any foreign law on the man, Michael Joseph Kearns, to the great detriment of the man, Michael Joseph Kearns.

     Anytime there is interference with the one supreme Courts jurisdiction a protective writ is justified.

     IN ACCORDANCE WITH, the above Declaration by this one supreme Court, this one supreme Court is duty bound to issue the following **APPROPRIATE WRIT OF MANDAMUS** to the United States of America District Court for the Western District of Texas, its officers, agents and employees, to forthwith immediately issue a **WRIT OF PROHIBITION** to the State of Texas, County of Williamson, to the officers, agents and employees thereof, in regards to Williamson County Court at Law #1, Case No. 13-03809-1, to cease and desist all activities of any nature whatsoever in Williamson County Court at Law #1, Case No. 13-03809-1, until upon further order of this United States of America District Court, in order to stop the intrinsic fraud as delineated in the Declaratory Judgment of the one supreme Court, being perpetrated upon the said United States, the land/territory of the United States and the man, Michael Joseph Kearns, as one of the "people of the United States."

BY ORDER OF THE COURT
FOR THE COURT

*Michael Joseph Kearns* (signature)

Michael Joseph Kearns, the man,
currently living on the land of the
United States, as one of the people of
the United States
c/o 9739 Hidden Falls
San Antonio   78250
Texas    United States

CERTIFICATE OF SERVICE

I, Michael Joseph Kearns, hereby certify I placed a copy of this
**DECLARATORY JUDGMENT AND APPROPRIATE WRIT OF MANDAMUS**
in the U.S. Mail, handdelivered, or sent by facsimile, on the __13__ day of
January, 2014, addressed:

>   Warren Waterman, Asst County Attorney
>   Williamson County Courthouse
>   405 Martin Luther King
>   Georgetown, Texas 78626
>   Fax:  512-943-1120
>
>   United States of America Attorney
>   For the Western District of Texas
>   601 NW Loop 410  Suite 600
>   San Antonio, Texas  78216
>   Fax: 210-384-7105

*Michael Joseph Kearns* (signature)

Michael Joseph Kearns

UNITED STATES (OF AMERICA) DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| THE STATE OF TEXAS, et al | ] CASE NO **SA14CA0027 DAE** |
| | ] |
| V. | ] REFERENCE CASE: |
| | ] CASE NO. 13-03809-1 |
| MICHAEL J KEARNS | ] WILLIAMSON COUNTY COURT |
| | ] AT LAW #1 |
| Michael Joseph Kearns | ] GEORGETOWN, TEXAS |
| | ] **"essential government duty"** |
| v. | ] **owed to Michael Joseph Kearns** |
| | ] |
| THE STATE OF TEXAS, et al | ] **INDEPENDENT CLAIM AS A** |
| | ] **COUNTERCLAIM** |

### WRIT OF PROHIBITION, TO THE STATE OF TEXAS, THE COUNTY OF WILLIAMSON, WILLIAMSON COUNTY COURT AT LAW #1, AND ALL OFFICERS, AGENTS, AND EMPLOYEES THEREOF

This Writ of Prohibition is issued to the United States of America, the State of Texas, the County of Williamson, the Williamson County Court at Law #1, and all the officers, agents and employees of the above named entities:

**YOU ARE TO CEASE AND DESIST ALL ACTIVITIES IN THE WILLIAMSON COUNTY COURT AT LAW #1, CASE NUMBER 13-03809-1 UNTIL FURTHER ORDER OF THIS COURT.**

Date: _____

_____
United States of America District Judge